UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES C. HUCKS, JR. and CHARLES C HUCKS, SR., § | |
| Plaintiffs, § | . A. No. 08-136 |
| v. § | |
| OFFICER MICHAEL JOSEPH CARNAVALLE, § | |
| OFFICER BYRON FITZWATER, and OFFICER § | Jury Trial Demanded |
| VINCENT A. ZULLO, and NEW CASTLE § | |
| COUNTY, § | |

## WAIVER OF SERVICE OF SUMMONS

To:  Victor F. Battaglia, Esquire
Biggs and Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

I, Officer Vincent A. Zullo, acknowledge receipt of your request that I waive service of a summons in the action of *Charles Hucks vs. Carnavale et al.*, which is case number 08-136 in the United States District Court for the District of Delaware.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I ( or the entity whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I

am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 10, 2008

3/26/08
Date

By: _____
Defendant

Pinted/Typed Name: Megan SanFrancesco

As Attorney of New Castle County / Officer Vincent Zullo
(Title)           Corporate Defendant
                  Gov't.

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES C. HUCKS, JR. and CHARLES C §
HUCKS, SR., 
    Plaintiffs, § . A. No. 08-136
v.
OFFICER MICHAEL JOSEPH CARNAVALLE, §
OFFICER BYRON FITZWATER, and OFFICER § Jury Trial Demanded
VINCENT A. ZULLO, and NEW CASTLE §
COUNTY, §

## WAIVER OF SERVICE OF SUMMONS

To:   Victor F. Battaglia, Esquire
Biggs and Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

I, New Castle County, acknowledge receipt of your request that I waive service of a summons in the action of *Charles Hucks vs. Carnavale et al.*, which is case number 08-136 in the United States District Court for the District of Delaware.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I ( or the entity whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I

am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

March ~~7~~ 10, 2008

_3/26/08_  
Date

By: _____  
Defendant

Pinted/Typed Name: _Megan Sanfrancesco_

As _Attorney_ of _New Castle County_  
(Title)      ~~Corporate~~ Defendant  
              Gov't.

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES C. HUCKS, JR. and CHARLES C HUCKS, SR., <br><br> Plaintiffs, <br> v. <br> OFFICER MICHAEL JOSEPH CARNAVALLE, OFFICER BYRON FITZWATER, and OFFICER VINCENT A. ZULLO, and NEW CASTLE COUNTY, | § <br> § <br> § . A. No. 08-136 <br> § <br> § <br> § <u>Jury Trial Demanded</u> <br> § <br> § |

## WAIVER OF SERVICE OF SUMMONS

To:  Victor F. Battaglia, Esquire
     Biggs and Battaglia
     921 N. Orange Street
     P.O. Box 1489
     Wilmington, DE 19899-1489

I, Officer Michael Joseph Carnavale, acknowledge receipt of your request that I waive service of a summons in the action of *Charles Hucks vs. Carnavale et al.*, which is case number 08-136 in the United States District Court for the District of Delaware.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I ( or the entity whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I

am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 10/7, 2008

___3/26/08___          By: _____
Date                                      Defendant

Pinted/Typed Name: _Megan Sanfrancesco_

As _Attorney_ (Title) of _New Castle County / Office of Joseph Cornwall_

Gov't. ~~Corporate~~ Defendant

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES C. HUCKS, JR. and CHARLES C HUCKS, SR., | § | |
| Plaintiffs, | § | . A. No. 08-136 |
| v. | | |
| OFFICER MICHAEL JOSEPH CARNAVALLE, OFFICER BYRON FITZWATER, and OFFICER VINCENT A. ZULLO, and NEW CASTLE COUNTY, | § § § § | Jury Trial Demanded |

## **WAIVER OF SERVICE OF SUMMONS**

To:   Victor F. Battaglia, Esquire
      Biggs and Battaglia
      921 N. Orange Street
      P.O. Box 1489
      Wilmington, DE  19899-1489

I, Officer Byron Fitzwater, acknowledge receipt of your request that I waive service of a summons in the action of *Charles Hucks vs. Carnavale et al.*, which is case number 08-136 in the United States District Court for the District of Delaware.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I   ( or the entity whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I

am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 7, 2008

___3/26/08___  
Date

By: _____  
Defendant

Pinted/Typed Name: __Megan Sanfrancesco__

As __Attorney__ of __New Castle County Govt.__  
(Title)           ~~Corporate~~ Defendant

_Officer Byron Titwater_

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.