IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|                                                   |   |                          |
|---------------------------------------------------|---|--------------------------|
| CHARLES C. HUCKS, JR. and CHARLES C. HUCKS, SR.,  | : |                          |
|                                                   | : |                          |
| Plaintiffs,                                       | : | C.A. No. 08-136-GMS      |
|                                                   | : |                          |
| v.                                                | : | Jury Trial Demanded      |
|                                                   | : |                          |
| OFFICER MICHAEL JOSEPH CARNAVALLE[1], OFFICER BYRON FITZWATER and OFFICER VINCENT A. ZULLO, and NEW CASTLE COUNTY, | : |  |
|                                                   | : |                          |
| Defendants.                                       | : |                          |

## ENTRY OF APPEARANCE

Please enter the appearance of First Assistant County Attorney Megan Sanfrancesco as attorney for Defendants.

NEW CASTLE COUNTY LAW DEPARTMENT


    /s/    *Megan Sanfrancesco*
Megan Sanfrancesco (# 3801)
First Assistant County Attorney
87 Reads Way
New Castle, DE  19720
(302) 395-5130
*Attorney for Defendants*

Date:  May 13, 2008

---

[1]  The correct spelling of this officer's last name is "Carnevale."