IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES C. HUCKS, JR. and CHARLES C. HUCKS, SR., | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 08-136-GMS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| OFFICER MICHAEL JOSEPH CARNAVALLE[1], OFFICER BYRON FITZWATER and OFFICER VINCENT A. ZULLO, and NEW CASTLE COUNTY, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Assistant County Attorney Harshal Purohit and continue the appearance of First Assistant County Attorney Megan Sanfrancesco as attorneys for Defendants.

NEW CASTLE COUNTY LAW DEPARTMENT

　　/s/　*Megan Sanfrancesco*
Megan Sanfrancesco (# 3801)
First Assistant County Attorney
87 Reads Way
New Castle, DE  19720
(302) 395-5130

Dated: May 29, 2008

　　/s/　*Harshal Purohit*
Harshal Purohit (#4593)
Assistant County Attorney
87 Reads Way
New Castle, DE 19720
(302)395-5130

*Attorneys for Defendants*

---

[1] The correct spelling of this officer's last name is "Carnevale."